IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN JACOBS, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | CIVIL ACTION |
| : | |
| THE WARDEN OF CURRAN : | |
| FROMHOLD CORRECTIONAL : | |
| FACILITY, THE CITY OF : | No. 22-cv-04466-JHS |
| PHILADELPHIA, DETECTIVE : | |
| DONNA ZAMPIRI, et al., : | |
| : | |
| Respondents. : | |

## ORDER

AND NOW this ____7th____ day of ____March____, 2023, upon careful and independent consideration of Steven Jacobs' petition for writ of habeas corpus (Doc. No. 1), and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Mr. Jacobs' Petition for Writ of Habeas Corpus is DENIED and DISMISSED without prejudice to refile, if he chooses, at the conclusion of his state court proceedings;

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find my "assessment of the

constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see United States v. Cepero*, 224 F.3d 256, 262-63 (3d Cir. 2000), *abrogated on other grounds by Gonzalez v. Thaler*, 565 U.S. 134 (2012); and,

4. The Clerk of Court shall mark this file closed.

                                  **BY THE COURT:**

                                  /s/ Joel H. Slomsky
                                **HON. JOEL H. SLOMSKY**
                                **United States District Judge**